IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:98CR3056 |
| V. | ) | |
| SHON HOPWOOD, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to file under seal (filing 78) is granted.

(2)   The government shall respond to the defendant's sealed motion (filing 79) on or before October 22, 2010.  The Probation Officer assigned to this case shall submit his/her recommendation as to filing 79 to the undersigned and counsel of record by email on or before October 22, 1010.

DATED this 8th day of October, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge