IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3056 |
| | ) | |
| V. | ) | |
| | ) | |
| SHON HOPWOOD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the defendant's motion (filing 87) for leave of court to file response to government's objection to termination of supervised release is granted.  The defendant's response shall be filed on or before October 25, 2010.

    DATED this 20th day of October, 2010.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          United States District Judge