IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHON HOPWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for copies (filing 93) is granted. The undersigned's chambers shall email PDF copies of the superseding indictment (filing 15), presentence investigation report (filing 41), and judgment (filing 40) to the defendant.

    Dated May 13, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge